UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONGSHUN ZHANG
(A221-468-470),

        Petitioner,

   v.

WARDEN, et al.,

        Respondents.

No.  1:26-cv-02276-DJC-SCR

ORDER

Petitioner, an immigration detainee who is representing himself, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Based on the length in which petitioner has been in immigration detention, the court hereby authorizes petitioner to proceed in forma pauperis without prepayment of the filing fee for this action.  See 28 U.S.C. § 1914.  In light of the complexity of the legal issues involved, the court has determined that the interests of justice require the appointment of counsel.  See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

Within seven days from the date of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to Shelly Her, Courtroom Deputy for Magistrate Judge Sean Riordan, via email at sher@caed.uscourts.gov who

1

shall update the docket to reflect counsel's appointment.  If counsel is not a member of the Eastern District of California Criminal Justice Act ("CJA") Panel, the court hereby authorizes them to serve as *pro hac vice* CJA counsel for petitioner for the duration of the proceedings in this court pursuant to Local Rule 180(b)(1) *nunc pro tunc* to the date the appointing authority first contacted counsel about this appointment.  If counsel is not admitted to practice before the Eastern District of California court, pursuant to 18 U.S.C. § 3006A and this District's CJA Plan, General Order 671, § XV.C.1.g as applied here, the court hereby authorizes said counsel's *pro hac vice* admission to practice before this court for the duration of the proceedings, *nunc pro tunc* to the date the appointing authority first contacted counsel about this appointment.

Accordingly, IT IS HEREBY ORDERED that:

1.  Petitioner is provisionally authorized to proceed in forma pauperis, subject to petitioner filing an application to proceed in forma pauperis within 21 days from the date of this order.  The Clerk of Court is directed to serve petitioner with an application to proceed in forma pauperis which petitioner shall complete and return to the court.

2.  Within seven days from the date of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to Shelly Her, Courtroom Deputy for Magistrate Judge Sean Riordan, via email at sher@caed.uscourts.gov who shall update the docket to reflect counsel's appointment.

3.  The Clerk of the Court shall serve a copy of this order on the Federal Defender, Attention:  Habeas Appointment, along with a copy of the § 2241 petition.

4.  Within 21 days from the date of this order, petitioner may file a supplemental brief concerning the impact of petitioner's medical care concerns on the legality of his detention, which may reference the Doe v. Chestnut, 810 F.Supp.3d 1169 (E.D. Cal. 2025) framework or other substantive due process doctrine.  Should petitioner file such a supplemental brief, it must be supported by specific, detailed, and current information about petitioner's course of treatment at California City Detention Facility.

5.  Should petitioner file a supplemental brief, respondents shall have 14 days to file a supplemental reply brief.  Absent a further order of the Court, petitioner's petition for a writ of

habeas corpus and pending substantive motions will then be taken under submission.

6.  If the parties agree on a different briefing schedule, they may submit a joint proposed order to the Court based on their stipulation.

DATED: June 9, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE