TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1068
Placerville, CA. 95667
(530) 885-6244

Attorney for Defendant
DONGSHUN ZHANG

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONGSHUN ZHANG,<br><br>Plaintiff,<br><br>v.<br><br>WARDEN ET AL,<br><br>Defendant. | No. 1:26-CV-2276 DJC SCR (HC)<br><br>**~~[PROPOSED~~] ORDER SEALING EXHIBIT A TO PETITIONER'S REPLY (ECF No. 22)** |

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by Petitioner, IT IS HEREBY ORDERED that Exhibit A to Petitioner's Reply at ECF No. 22, along with Petitioner's Request to Seal, shall be SEALED until further order of this Court.

Dated: August 10, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE