UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONGSHUN ZHANG (A# 221-468-470),<br>Petitioner,<br>v.<br>WARDEN, et al.,<br>Respondents. | No. 1:26-cv-2276 DJC SCR<br><br>ORDER |

Petitioner is a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 21, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. Respondents filed objections to the findings and recommendations. ECF No. 29.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be

supported by the record and by proper analysis, although the Court will not order specific conditions of release.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 26) are adopted in full.

2. Petitioner's petition for writ of habeas corpus is GRANTED as follows:

   a. Respondents shall IMMEDIATELY RELEASE Petitioner Dongshun Zhang (A# 221-468-470) from custody. At the time of release, Respondents must return all of Petitioner's documents and possessions.

   b. Respondents may re-detain Petitioner if (1) Petitioner violates the conditions of release and Respondents provide Petitioner notice and an opportunity to be heard as to the alleged violation or (2) Petitioner becomes subject to an executable final order of removal and Petitioner receives notice of that final order of removal.

3. Respondents' motion to dismiss (ECF No. 9) is DENIED.

4. Petitioner's motion for preliminary injunction (ECF No. 11) and renewed motion for temporary restraining order (ECF No. 12) is DENIED as MOOT.

5. The Clerk is directed to:

   a. Serve the California City Immigration Processing Center with a copy of this Order; and

   b. Enter judgment in Petitioner's favor and close the case.

IT IS SO ORDERED.

Dated: **October 7, 2026**

Daniel J. Calabretta
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE